# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KRISTIE VANHUIS, INDIVIDUALLY, § | |
| AND AS NEXT FRIEND FOR § | |
| CXXXX FXXXXXXX, A MINOR, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO.: 6:16cv00001 |
| § | |
| STATE FARM MUTUAL AUTOMOBILE § | *JURY DEMANDED* |
| INSURANCE COMPANY, § | |
|     Defendant. § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** and files this its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and, in support thereof, would show the Court the following:

1. On or about December 3, 2015, Plaintiff filed her Original Petition in the District Court of Cherokee County, Texas, Cause No. 2015-12-0784 naming State Farm Mutual Automobile Insurance Company as a Defendant. Defendant was served with process on or about December 7, 2015. Defendant appeared and answered on or about December 23, 2015. Plaintiff alleges claims against Defendant arising out of a contract of insurance.

2. Plaintiff is a resident and citizen of the State of Texas.

3. Defendant State Farm Mutual Automobile Insurance Company is an Illinois corporation with its principal place of business in Bloomington, Illinois. Complete diversity of citizenship exists between the plaintiff and the defendant in this case.

4. Pursuant to Local Rule CV-81, Defendants provide the following information:

a. **List of Parties:**

Plaintiff:

Kristie Vanhuis, Individually, and as Next Friend for Cxxxx Fxxxxxxx, a Minor

Defendants:

State Farm Mutual Automobile Insurance Company

b. **Attachments:**

1. Civil Cover Sheet
2. Certified Copy of State Court Docket Sheet (Ex. A)
3. Plaintiff's Original Petition(Ex. B)
4. Defendant State Farm Mutual Automobile Insurance Company's Original Answer (Ex. C)
5. Process issued and served (Ex. D)
6. Jury Demand (Ex. E)

c. **List of Attorneys to date:**

Counsel for Plaintiff:

J. R. "Rusty" Phenix
State Bar No. 15908300
Email: rusty@phenixlawfirm.com
Cary J. Crump
State Bar No. 90001754
Email: cary@phenixlawfirm.com
PHENIX & CRUMP
118 South Main Street
P. O. Drawer 1005
Henderson, TX 75653-1005
903.657.3595
903.657.3598 Facsimile

Counsel for Defendant:

Robert S. Davis
State Bar No. 05544200
rsd@flowersdavis.com

        Chad C. Rook
        State Bar No. 17227750
        ccr@flowersdavis.com
        Richard B. Vance
        State Bar No. 24047470
        rbv@flowersdavis.com
        FLOWERS DAVIS, P.L.L.C.
        1021 ESE Loop 323, Suite 200
        Tyler, Texas 75701
        Phone: 903.534.8063
        Facsimile: 903.534.1650

d.    A jury demand was made in the State Court action by Defendant and as part of its removal, Defendant makes demand for a jury.

e.    This case is being removed from the District Court of Cherokee County, Texas, 2nd Judicial District, 135 South Main, 2nd Floor, Rusk, Texas 75785.

        Respectfully submitted,

        **FLOWERS DAVIS, P.L.L.C.**
        1021 ESE Loop 323, Suite 200
        Tyler, Texas 75701
        (903) 534-8063
        (903) 534-1650 Facsimile

        */s/ Robert S. Davis*
        **ROBERT S. DAVIS**
        State Bar No. 05544200
        rsd@flowersdavis.com

        **ATTORNEYS FOR DEFENDANT,**
        **STATE FARM MUTUAL AUTOMOBILE**
        **INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on January 4, 2016, in the following manner:

   <u> X </u>   Via ECF

                                                  */s/ Robert S. Davis*
                                                **Robert S. Davis**