**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| KRISTIE VANHUIS, INDIVIDUALLY, § <br> AND AS NEXT FRIEND FOR § <br> CXXXX FXXXXXXX, A MINOR, § <br>     Plaintiff, § <br> § <br> VS. § <br> § <br> STATE FARM MUTUAL AUTOMOBILE § <br> INSURANCE COMPANY, § <br>     Defendant. § | CIVIL ACTION NO.: 6:16cv00001 <br><br> *JURY DEMANDED* |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

ON THIS DAY came on to be considered the parties' Agreed Motion to Dismiss with Prejudice as to Defendant State Farm Mutual Automobile Insurance Company, and the Court, having considered said Motion finds that it is well taken and should be GRANTED; it is therefore,

ORDERED, ADJUDGED AND DECREED that this cause is dismissed with prejudice as against Defendant State Farm Mutual Automobile Insurance Company. As to claims between Plaintiff and Defendant State Farm Mutual Automobile Insurance Company, it is further ordered that each party shall be responsible for bearing their own costs of court.

So ORDERED and SIGNED this 12th day of May, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE